FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

Atterberry
(Last Name)         (Identification Number)

DeMarcus Da'Shawn
(First Name)                     (Middle Name)

Clarke county Jail
(Institution)

444 West Donald Street
(Address)
(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 08 2021
ARTHUR JOHNSTON
BY _____ DEPUTY

V.        CIVIL ACTION NUMBER: 2:21cv86-KS-MTP
                                 (to be completed by the Court)

Todd Kemp
Barry White
Ryan Evans

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes (✓)   No ( )

B. Are you presently incarcerated?
   Yes (✓)   No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
   Yes ( )   No (✓)

D. Are you presently incarcerated for a parole or probation violation?
   Yes ( )   No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (✓)

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: DeMarcus Atterbury   Prisoner Number: 159657

Address: 444 West Donald Street, Clarke County Jail, Quitman, MS 39355

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Barry White   is employed as Chief Deputy & Jail administrator at Clarke county Jail

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: DeMarcus Atterbury   ADDRESS: Quitman, MS 444 West Donald Street Clarke county Jail, 39355

DEFENDANT(S):

NAME: Todd Kemp   ADDRESS: 444 West Donald St. Quitman MS 39355

Barry White   444 West Donald St. Quitman MS 39355

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?   Yes ( )   No (✓)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

CASE NUMBER 2.
1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

① I have little a fractured or broken ankle that am being denied medical attention
② Bailey White / Todd Kemp have blocked me from contacting my love ones / family
③ They are blocking me from recieving my government mail + in being held here in Clarke County on bogus charges

*My ankle is healing wrong because of being denied medical attention.*

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

For some type of suit/cite, concerning Clark county sherrif department to get me the medical attention I need as do what they suppose to being held here at Clarke county jail + to stop the cruel unusual-punishment

Signed this 17 day of May, 2021.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DeMarcus Hurley
Signature of plaintiff